THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEVITO TORRES, Appellant. [604 NYS2d 863] —Judgment unani-

mously reversed on the law and indictment dismissed *(see, People v Acevedo,* 192 AD2d 1094, *lv denied* 81 NY2d 1010). (Appeal from Judgment of Erie County Court, Drury, J.— Criminal Sale Controlled Substance, 1st Degree.) Present— Denman, P. J., Balio, Fallon, Doerr and Davis, JJ. (Filed Sept. 27, 1993.)